**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK A. RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CPI AEROSTRUCTURES, INC., DOUGLAS MCCROSSON, and VINCENT PALAZZOLO,<br><br><br><br>Defendants. | **CASE No.: 1:20-cv-00982-ENV-JO**<br><br>**NOTICE OF MOTION OF JIYAO WANG TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**SERVICE DATE: APRIL 24, 2020** |
| RUSSELL GARRETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CPI AEROSTRUCTURES, INC, DOUGLAS MCCROSSON and VINCENT PALAZZOLO,<br><br>Defendants. | **CASE No.: 1:20-cv-01026-RPK-VMS**<br><br><br>**CLASS ACTION** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Jiyao Wang ("Movant") hereby moves this Court, the Honorable Eric N. Vitaliano, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movant to serve as Lead Plaintiff in this action; and

(c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated April 24, 2020 (and exhibits); and (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Dated: April 24, 2020                     Respectfully submitted,

                                  **THE ROSEN LAW FIRM, P.A.**

                                  */s/ Phillip Kim*
                                  Phillip Kim, Esq. (PK 9384)
                                  Laurence M. Rosen, Esq. (LR 5733)
                                  275 Madison Avenue, 40th Floor
                                  New York, New York 10016
                                  Telephone: (212) 686-1060
                                  Fax: (212) 202-3827
                                  Email: pkim@rosenlegal.com
                                  Email: lrosen@rosenlegal.com

                                  *[Proposed] Lead Counsel for Lead Plaintiff*
                                  *and Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff
and Class*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 24, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>

4