Jeffrey C. Block (JB-0387)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
jeff@blockesq.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. RODRIGUEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPI AEROSTRUCTURES, INC., DOUGLAS MCCROSSON, and VINCENT PALAZZOLO,<br><br>Defendants. | Case No. 1:20-cv-00982<br><br>CLASS ACTION |
| RUSSELL GARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPI AEROSTRUCTURES, INC., DOUGLAS MCCROSSON, and VINCENT PALAZZOLO,<br><br>Defendants. | Case No. 1:20-cv-01026<br><br>CLASS ACTION |

**NOTICE OF MOTION OF RUSSELL GARRETT FOR APPOINTMENT AS LEAD
PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND TO CONSOLIDATE CASES**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Eric N. Vitaliano, at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, Russell Garrett will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Garrett as Lead Plaintiff; (2) approving his selection of Block & Leviton LLP as Lead Counsel for the class; (3) consolidating Mr. Garrett's securities fraud class action lawsuit against Defendants (Case No. 1:20-cv-01026) under the above-captioned docket; and (4) for any further relief which the Court may deem just and proper.

This Motion is made on the grounds that Mr. Garrett believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Garrett believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period transactions in CPI Aerostructures, Inc. securities. Further, Mr. Garrett satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Jeffrey C. Block filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Garrett respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of Block & Leviton LLP as Lead Counsel for the Class; (3) consolidate Mr. Garrett's securities fraud class action lawsuit against

Defendants (Case No. 1:20-cv-01026) under the above-captioned docket; and (4) grant any such further relief as the Court may deem just and proper.

Dated: April 24, 2020                              Respectfully submitted,

                                                   /s/ Jeffrey C. Block
                                                   Jeffrey C. Block
                                                   **BLOCK & LEVITON LLP**
                                                   260 Franklin St., Suite 1860
                                                   Boston, MA 02110
                                                   (617) 398-5600 phone
                                                   (617) 507-6020 fax
                                                   jeff@blockesq.com

                                                   *Attorney for Mr. Garrett and*
                                                   *Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block