UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

MARK A. RODRIGUEZ, Individually and on :    Civil Action No. 1:20-cv-00982-ENV-JO
Behalf of All Others Similarly Situated,      :

           :    CLASS ACTION

         Plaintiff,       :

           :

    vs.          :

           :

CPI AEROSTRUCTURES, INC., DOUGLAS :
McCROSSON and VINCENT PALAZZOLO, :

           :

        Defendants.     :

           :

---------------------------------------------------------------- 

RUSSELL GARRETT, Individually and on :    Civil Action No. 1:20-cv-01026-RPK-VMS
Behalf of All Others Similarly Situated,      :

           :    CLASS ACTION

         Plaintiff,       :

           :

    vs.          :

           :

CPI AEROSTRUCTURES, INC., DOUGLAS :
McCROSSON and VINCENT PALAZZOLO, :

           :

        Defendants.     :

---------------------------------------------------------------- x

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

4818-9300-8570.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Jeffrey L. Feinberg, individually and as trustee and beneficiary of the Jeffrey L. Feinberg Personal Trust ("Feinberg"), will respectfully move this Court, before the Honorable Eric N. Vitaliano, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11202, for entry of an order pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned related securities class actions; (2) appointing Feinberg as Lead Plaintiff; and (3) approving Feinberg's selection of Robbins Geller Rudman & Dowd LLP and Robbins LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, Feinberg submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  April 24, 2020                    Respectfully submitted,

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          SAMUEL H. RUDMAN
                                          DAVID A. ROSENFELD
                                          VINCENT M. SERRA

                                          _____
                                          *s/ David A. Rosenfeld*
                                          DAVID A. ROSENFELD

---

[1]    Counsel for Feinberg is aware of this Court's requirement that motion-related papers are not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on February 24, 2020, and all motions are statutorily due by April 24, 2020.  Accordingly, to comply with the PSLRA, counsel respectfully requests waiver of compliance with Your Honor's requirement in this narrow instance.

4818-9300-8570.v1

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ERIC M. CARRINO
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

4818-9300-8570.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4818-9300-8570.v1

# Mailing Information for a Case 1:20-cv-00982-ENV-JO Rodriguez v. CPI Aerostructures, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com,whdocketing@wilmerhale.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com,tamarkm@gmail.com

- **Phillip Kim**
  pkim@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)