UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARK A. RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO,

Defendants.

Civil Action No. 1:20-cv-00982-ENV-JO

CLASS ACTION

---

RUSSELL GARRETT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO,

Defendants.

Civil Action No. 1:20-cv-01026-RPK-VMS

CLASS ACTION

---

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

4823-0038-0346.v1

Having considered the motion of Jeffrey L. Feinberg, individually and as trustee and beneficiary of the Jeffrey L. Feinberg Personal Trust, for consolidation of related actions, appointment as lead plaintiff, and approval of selection of lead counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED.

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Rodriguez v. CPI Aerostructures, Inc.*, 1:20-cv-00982-ENV-JO and *Garrett v. CPI Aerostructures, Inc.*, No. 1:20-cv-01026-RPK-VMS are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re CPI AEROSTRUCTURES, INC. SECURITIES LITIGATION | ) Master File No. 1:20-cv-00982-ENV-JO ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) |

(a)    The file in Case No. 1:20-cv-00982-ENV-JO shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of CPI Aerostructures, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

- 1 -

(c)     This Order shall apply to every such action, absent Court order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.     Jeffrey L. Feinberg, individually and as trustee and beneficiary of the Jeffrey L. Feinberg Personal Trust, is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.     Robbins Geller Rudman & Dowd LLP and Robbins LLP are appointed as Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT COURT JUDGE

- 2 -

4823-0038-0346.v1