May 20, 2021

VIA ECF

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Rodriguez v. CPI Aerostructures, Inc., et al.*,
       Case No. 1:20-cv-00982-ENV-CLP

Dear Judge Vitaliano:

We write on behalf of all parties in the above-captioned action (the "Action") to respectfully request that the Court stay the Action—and vacate the approaching May 24, 2021 deadline for Defendants to file their reply memorandum of law in further support of their motion to dismiss and all other motion papers—as the parties have reached an agreement in principle to settle the Action on a class-wide basis and are in the process of finalizing the terms of a settlement agreement.

Because the Action is a class action, the settlement will require the Court's approval. To that end, Lead Plaintiff anticipates filing a motion for preliminary approval of the settlement by July 6, 2021.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Alan I. Ellman*
Alan I. Ellman
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
aellman@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

Stephen J. Oddo
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone:  800/350-6003
soddo@robbinsllp.com

*Lead Counsel for Lead Plaintiff*

cc:    All Counsel of Record (via ECF)

/s/ *Michael G. Bongiorno*
Michael G. Bongiorno
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone:  212/230-8800
michael.bongiorno@wilmerhale.com

*Counsel for Defendants*