July 2, 2021

VIA ECF

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Rodriguez v. CPI Aerostructures, Inc., et al.*,
             Case No. 1:20-cv-00982-ENV-CLP

Dear Judge Vitaliano:

    We write on behalf of all parties in the above-captioned action to request respectfully that, in light of the upcoming holiday weekend, the Court extend the deadline for Lead Plaintiff to file his motion for preliminary approval of the parties' settlement agreement from Tuesday, July 6, 2021 until Friday, July 9, 2021.

    We thank the Court for its consideration of this request.

                              Respectfully submitted,

| | |
|---|---|
| */s/ Alan I. Ellman* | */s/ Michael G. Bongiorno* |
| Alan I. Ellman | Michael G. Bongiorno |
| ROBBINS GELLER RUDMAN | WILMER CUTLER PICKERING |
|   & DOWD LLP |   HALE AND DORR LLP |
| 58 South Service Road, Suite 200 | 7 World Trade Center |
| Melville, NY 11747 | 250 Greenwich Street |
| Telephone: 631/367-7100 | New York, NY 10007 |
| 631/367-1173 (fax) | Telephone: 212/230-8800 |
| aellman@rgrdlaw.com | michael.bongiorno@wilmerhale.com |
| *Lead Counsel for Lead Plaintiff* | *Counsel for Defendants* |
| Stephen J. Oddo | |
| ROBBINS LLP | |
| 5040 Shoreham Place | |
| San Diego, CA 92122 | |
| Telephone: 800/350-6003 | |
| soddo@robbinsllp.com | |
| *Lead Counsel for Lead Plaintiff* | |

cc:    All Counsel of Record (via ECF)

4841-7702-0145.v1