UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK A. RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:20-cv-00982 |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : | |
| CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO, CANACCORD GENUITY LLC and B. RILEY FBR, | : : : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| RUSSELL GARRETT, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:20-cv-01026 |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : | |
| CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO, CANACCORD GENUITY LLC and B. RILEY FBR, | : : : : : | |
| Defendants. | : | |

NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO THE CLASS

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Jeffrey L. Feinberg, individually and as trustee and beneficiary of the Jeffrey L. Feinberg Personal Trust, will move this Court, on a date and time as may be designated by the Court, before the Honorable Eric N. Vitaliano, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for entry of an order: (i) granting preliminary approval of the proposed Settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e); (ii) certifying the proposed Class for purposes of the Settlement; (iii) approving the form and manner of notice of the proposed Settlement to the Class; and (iv) setting a date for final approval thereof, and a schedule for various deadlines relevant thereto.  In support of this motion, Lead Plaintiff submits the accompanying Memorandum of Law, Stipulation of Settlement, and a [Proposed] Order.

DATED:  July 9, 2021                     Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ALAN I. ELLMAN
AVITAL O. MALINA


                              s/Alan I. Ellman
                              ALAN I. ELLMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
amalina@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ERIC M. CARRINO
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

Lead Counsel for Lead Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 9, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Alan I. Ellman
ALAN I. ELLMAN

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail: aellman@rgrdlaw.com

# Mailing Information for a Case 1:20-cv-00982-ENV-CLP Rodriguez v. CPI Aerostructures, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com,whdocketing@wilmerhale.com

- **Charles Bridge**
  charles.bridge@wilmerhale.com

- **Alan Ian Ellman**
  aellman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com,tamarkm@gmail.com,whdocketing@wilmerhale.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Benjamin Klebanoff**
  benjamin.klebanoff@shearman.com,managing-attorney-5081@ecf.pacerpro.com,karen.prosky@shearman.com,courtalert@shearman.com,manattyoffice@shearman.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com

- **Avital Malina**
  amalina@rgrdlaw.com

- **Cassandra Mitchell**
  cassie.mitchell@wilmerhale.com

- **Stephen J. Oddo**
  soddo@robbinsllp.com,notice@robbinsllp.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`