June 8, 2022

<u>VIA ECF</u>

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Rodriguez v. CPI Aerostructures, Inc.*,
               Case No. 1:20-cv-00982-ENV-CLP

Dear Judge Pollak:

      We represent lead plaintiff Jeffrey L. Feinberg, individually and as trustee and beneficiary of the Jeffrey L. Feinberg Personal Trust ("Lead Plaintiff"), in this Action. We write to respectfully submit the Court's Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(E)(1) and Permitting Notice to the Class (the "Order"), which refers the scheduling of the Settlement Hearing for final approval in this Action to Your Honor. *See* ECF No. 61.

      In light of the Notice Date deadline of June 28, 2022, Lead Plaintiff respectfully requests that Your Honor set a date/time for the Settlement Hearing as contemplated by the Order, to allow Lead Plaintiff to proceed with the notice process.

      Should the Court have any questions regarding the attached Order, we would be pleased to address them.

      Respectfully submitted,

| | |
|---|---|
| */s/ Alan I. Ellman* | */s/ Stephen J. Oddo* |
| Alan I. Ellman | Stephen J. Oddo |
| ROBBINS GELLER RUDMAN | ROBBINS LLP |
|   & DOWD LLP | 5040 Shoreham Place |
| 58 South Service Road, Suite 200 | San Diego, CA 92122 |
| Melville, NY 11747 | Telephone: 800/350-6003 |
| Telephone: 631/367-7100 | soddo@robbinsllp.com |
| 631/367-1173 (fax) | |
| aellman@rgrdlaw.com | |
| | |
| *Lead Counsel for Lead Plaintiff* | *Lead Counsel for Lead Plaintiff* |

cc:     All Counsel of Record (via ECF)