UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO, CANACCORD GENUITY LLC and B. RILEY FBR,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:20-cv-00982<br><br>CLASS ACTION |
| RUSSELL GARRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO, CANACCORD GENUITY LLC and B. RILEY FBR,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:20-cv-01026<br><br>CLASS ACTION |

NOTICE OF MOTION AND MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES

TO:　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　　PLEASE TAKE NOTICE that Lead Plaintiff Jeffrey L. Feinberg, individually and as trustee and beneficiary of the Jeffrey L. Feinberg Personal Trust, on behalf of the Class, through counsel, will move this Court on September 9, 2022, at 11:15 a.m., before the Honorable Cheryl L. Pollak,

- 1 -

for entry of orders and judgments, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; (2) approving the proposed Plan of Allocation; and (3) awarding attorneys' fees, plus expenses in the litigation. These motions are based on: (i) the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; (ii) the Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Alan I. Ellman in Support of Motions for Final Approval of Class Action Settlement and Approval of Plan of Allocation and an Award of Attorneys' Fees and Expenses; (iv) the Declaration of Ross D. Murray; (v) the Declaration of Alan I. Ellman Filed on Behalf of Robbins Geller Rudman & Dowd LLP; (vi) the Declaration of Stephen J. Oddo Filed on Behalf of Robbins LLP; (vii) the Stipulation of Settlement; and (viii) all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before September 2, 2022.

DATED: August 5, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ALAN I. ELLMAN
AVITAL O. MALINA

*s/ Alan I. Ellman*
ALAN I. ELLMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
amalina@rgrdlaw.com

4867-4690-2828.v1

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ERIC M. CARRINO
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

Lead Counsel for Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 5, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Alan I. Ellman
ALAN I. ELLMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail: aellman@rgrdlaw.com

# Mailing Information for a Case 1:20-cv-00982-ENV-CLP Rodriguez v. CPI Aerostructures, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com,whdocketing@wilmerhale.com

- **Charles Bridge**
  charles.bridge@wilmerhale.com

- **Alan Ian Ellman**
  aellman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com,tamarkm@gmail.com,whdocketing@wilmerhale.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Benjamin Klebanoff**
  benjamin.klebanoff@shearman.com,managing-attorney-5081@ecf.pacerpro.com,karen.prosky@shearman.com,courtalert@shearman.com,manattyoffice@shearman.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com

- **Avital Malina**
  amalina@rgrdlaw.com

- **Cassandra Mitchell**
  cassie.mitchell@wilmerhale.com

- **Stephen J. Oddo**
  soddo@robbinsllp.com,notice@robbinsllp.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`