**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK A. RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO, CANACCORD GENUITY LLC and B. RILEY FBR,<br><br>     Defendants. | Civil Action No. 1:20-cv-00982<br>CLASS ACTION |
| RUSSELL GARRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>CPI AEROSTRUCTURES, INC., DOUGLAS McCROSSON and VINCENT PALAZZOLO, CANACCORD GENUITY LLC and B. RILEY FBR,<br><br>     Defendants. | Civil Action No. 1:20-cv-01026<br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JACK EWASHKO REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM AND**
**(B) REPORT ON REQUESTS FOR EXCLUSIONS**

I, Jack Ewashko, declare as follows:

1. I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"). I am over 21 years of age and am not a party to the above-captioned actions. My business address is 600 A.B. Data Drive, Milwaukee, WI 53217, and my telephone

number is 414-961-7555.   A.B. Data was authorized to act as the Claims Administrator in connection with the settlement of the above-captioned actions (the "Litigation").[1]  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this Declaration to supplement to my earlier declaration, the Declaration of Jack Ewashko Regarding Mailing of Notice and Publication of Summary Notice, dated August 1, 2022 (ECF 64-4) (the "Initial Mailing Declaration"), which provided the Court with information regarding the implementation of the notice plan.

### CONTINUED MAILING OF THE NOTICE PACKET

3.      Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Notice Packet in response to additional requests from potential Class Members and nominees.  Through August 30, 2022, A.B. Data has mailed a total of 11,065 Notice Packets to potential Class Members and nominees.

### TELEPHONE HELPLINE AND WEBSITE

4.      A.B. Data continues to maintain the toll-free telephone number (1-877-888-4839) and interactive voice response system to accommodate any inquiries from potential Class Members with questions about the Litigation and the Settlement.  As of the date of this Declaration, 55 callers have called the toll-free number.

5.      A.B.      Data      also      continues      to      maintain      the      settlement website (www.CPIAeroStructuresSecuritiesSettlement.com)   and   an   email   address   (info@

---

[1] Unless otherwise defined herein, capitalized terms have the meanings set forth in the Stipulation of Settlement dated July 9, 2021 (ECF 54-2) (the "Stipulation").

CPIAeroStructuresSecuritiesSettlement.com) in order to assist Class Members.  The website includes information regarding the Litigation and the proposed Settlement, including exclusion, objection, and claim filing deadlines, and the date, time and location of the Court's Settlement Hearing.  The website has been visited 91 times as of August 30, 2022.

6.    A.B. Data will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

**<u>REPORT ON REQUESTS FOR EXCLUSION RECEIVED</u>**

7.    The Notice informed potential members of the Class that Requests for Exclusion from the Class must be postmarked no later than August 19, 2022.  As of the date of this Declaration, A.B. Data has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31 day of August 2022 at New York, New York.

Jack Ewashko